UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ANDREW BAER et al.,                                                :
:
                    Plaintiffs,                                   :
:
        -v-                                                       :      22-CV-0994 (JMF)
:
DUFF & PHELPS, LLC,                                                :
:
                    Defendant.                                   :
:
-------------------------------------------------------------------X
:
ATKINS INVESTMENT PARTNERSHIP et al.,         :
:
                    Plaintiffs,                                   :
:      22-CV-1168 (JMF)
        -v-                                                       :
:
DUFF & PHELPS, LLC,                                                :      <u>ORDER</u>
:
                    Defendant.                                   :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       It is hereby ORDERED that counsel for the parties in the above-captioned actions shall confer as to whether these two actions should be consolidated pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure or otherwise coordinated. No later than **March 21, 2022**, counsel shall submit a joint letter, to be filed on the docket in both cases, indicating their positions regarding such consolidation or coordination.

      SO ORDERED.

Dated: March 7, 2022
       New York, New York
                                                          JESSE M. FURMAN
                                                     United States District Judge