```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ANDREW BAER et al.,                                                     :
                                                                        :
                            Plaintiffs,                                 :
                                                                        :
              -v-                                                       :   22-CV-0994 (JMF)
                                                                        :
DUFF & PHELPS, LLC,                                                     :
                                                                        :
                            Defendant.                                  :
                                                                        :
------------------------------------------------------------------------X
                                                                        :
ATKINS INVESTMENT PARTNERSHIP et al.,                                   :
                                                                        :
                            Plaintiffs,                                 :
                                                                        :   22-CV-1168 (JMF)
              -v-                                                       :
                                                                        :
DUFF & PHELPS, LLC,                                                     :          ORDER
                                                                        :
                            Defendant.                                  :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On February 3, 2022, Plaintiffs Andrew Baer et al. filed a complaint in 22-CV-994. On February 10, 2022, Plaintiffs Atkins Investment Partnership et al. filed a similar complaint in 22-CV-1168. On March 7, 2022, the Court directed the parties to address whether consolidation would be appropriate. *See* 22-CV-994, ECF No 11; 22-CV-1168, ECF No. 19.

Substantially for the reasons set forth by Defendant Duff & Phelps, LLC, in the parties' joint letter, *see* 22-CV-994, ECF No. 14; 22-CV-1168, ECF No. 24 — namely, because the two actions involve common questions of law and fact — it is hereby ordered that, pursuant to Rule

42(a)(2) of the Federal Rules of Civil Procedure, the two cases are consolidated under the case number 22-CV-994.  **All future filings shall be made on the 22-CV-994 docket only.**

It is further ORDERED that Plaintiffs shall file a consolidated complaint no later than **April 20, 2022**.  Defendant shall answer or otherwise respond to the complaint no later than **May 20, 2022**.  The initial pretrial conference currently scheduled for May 9, 2022, in both cases is ADJOURNED *sine die*.

The Clerk of Court is directed to consolidate 22-CV-994 and 22-CV-1168 under case number 22-CV-994, and to close 22-CV-1168.  The Clerk of Court is further directed to terminate 22-CV-994, ECF No. 15, and 22-CV-1168, ECF Nos. 23 and 24.

SO ORDERED.

Dated: March 30, 2022
       New York, New York

                                              JESSE M. FURMAN
                                           United States District Judge