UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                               :

ANDREW BAER et al.,                            :

                              :

                       Plaintiffs,         :            22-CV-994 (JMF)

                              :

           -v-                        :              ORDER

                              :

DUFF & PHELPS, LLC,                     :

                              :

                      Defendant.        :

                              :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 29, Defendant's earlier motion to dismiss filed at ECF No. 22 is hereby DENIED as moot.  Per the Court's June 2, 2022 Order, Plaintiffs' opposition to the new motion to dismiss is due by **August 23, 2022**. Defendant's reply, if any, is due by **September 12, 2022**.

       The Clerk of Court is directed to terminate ECF No. 22.

       SO ORDERED.

Dated:  July 27, 2022
       New York, New York

                                              JESSE M. FURMAN
                                      United States District Judge