UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW BAER, et al.,<br><br>                              Plaintiff(s),<br><br>                    v.<br><br>DUFF & PHELPS, LLC, et al.,<br><br>                              Defendant(s). | 22-cv-994 (DEH)<br><br>NOTICE OF REASSIGNMENT |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Additionally, by **October 25, 2023,** the parties are hereby **ORDERED** to file on ECF a joint letter updating the Court on the status of the case. The joint letter shall provide the following information, to the extent it is relevant, in separate paragraphs:

1. Names of counsel and current contact information, if different from the information currently reflected on the docket;

2. A brief statement of the nature of the case and/or the principal defenses thereto;

3. A statement of all existing deadlines, due dates, and/or cut-off dates;

4. A statement of any previously-scheduled conference dates with the Court that have not yet occurred and the matters that were to be discussed; A brief description of any outstanding motions, including the date of the motion and the nature of the relief sought;

5. A statement and description of any pending appeals;

6. A detailed statement of all discovery undertaken to date, including how many depositions each party has taken and what, if any, discovery remains that is essential for the parties to engage in meaningful settlement negotiations;

7. A brief description of the status of prior settlement discussions, including the mediation scheduled for September 19, 2023 (see Doc. 64), without disclosing exact offers and demands;

8. An estimate of the length of trial; and

9. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive or novel issue raised by the case.

If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php.  Requests for extensions or adjournment may be made only by letter-motion filed on ECF, and must be received at least two business days before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

It is further **ORDERED** that the conference scheduled for January 31, 2024, at 9:00 A.M. is rescheduled to January 31, 2024, at 10:00 A.M.  The conference will be held via Microsoft

Teams.  The parties shall dial in by calling the following line: (646) 453-4442, and entering the Phone Conference ID: 266 273 431, followed by the pound (#) sign.

    So Ordered.

Dated: October 11, 2023
       New York, New York

                                              DALE E. HO
                                  United States District Judge