UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DUFF & PHELPS, LLC,<br><br>    Defendant. | CASE NO: 22-CV-0994 (DEH)<br><br>**CLASS ACTION** |

**ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, with each party to bear its own attorney fees and costs.

IT IS SO ORDERED

By: _____
Hon. Dale E. Ho
United States District Judge
Dated: November 12, 2024
New York, New York